**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: ELIZABETH COWAN WRIGHT<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 26-cr-166 (KMM/LIB)<br>Date: September 25, 2026 |
| Courtney John Barrett, Sr., | ) | Video Conference |
| Defendant. | ) | Time Commenced: 3:03 p.m.<br>Time Concluded: 3:13 p.m.<br>Time in Court: 10 Minutes |

## APPEARANCES:

Plaintiff: Nicholas Grey, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Defender
X FPD X To be appointed

Date Charges Filed: September 22, 2026 Offense: Sexual abuse of a minor.

X Advised of Rights

on X Indictment

X Government moves for a detention hearing. X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, September 30, 2026, at 1:30 p.m. before U.S. Magistrate Judge Leo I. Brisbois in Courtroom 3 (Duluth) for:
X Detention hrg X Arraignment

**X** Government moves to unseal the case. X Granted

Additional Information:
**X** Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

*s/gep*
Signature of Courtroom Deputy